UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 5:26-cv-02796-CAS-SSC Date: August 25, 2026

Title Magdaleno Olivera Julio v. Adelanto ICE Processing Center Warden

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order to Show Cause Why Petition Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On May 21, 2026, *pro se* Petitioner Magdaleno Olivera Julio, filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241. (ECF 1.) On August 10, 2026, the Court dismissed the petition with leave to amend, ordering Petitioner to file an amended petition no later than August 24, 2026. (ECF 10.) The deadline to file an amended petition has passed, and the Court has not received an amended petition or any other communication from Petitioner.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-02796-CAS-SSC Date: August 25, 2026

Title Magdaleno Olivera Julio v. Adelanto ICE Processing Center Warden

Accordingly, Petitioner is ORDERED TO SHOW CAUSE, in writing, by **September 24, 2026**, why this action should not be dismissed for failure to prosecute and/or comply with a court order.

If Petitioner files an amended petition no later than **September 24, 2026**, this order to show cause will be discharged automatically, and Petitioner need not respond to it separately.

**Petitioner is cautioned that failure to file a timely amended petition will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**